**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000381
09-MAY-2019
09:34 AM**

NO. CAAP-17-0000381

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IVAN MICHAEL APUNA, Plaintiff-Appellee, v.
MARIE McCABE, GWENDOLYN HOVINEN, CHARLES WAHINEHOOKAE,
GERALDINE WAHINEHOOKAE, JOHN DOES 1-100, MARY DOES 1-100,
and TO ALL WHOM IT MAY CONCERN, Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 12-1-0972(2))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal,
filed May 6, 2019, by Defendants-Appellants Marie McCabe and
Gwendolyn Hovinen, the papers in support, and the record, it
appears that (1) the appeal has been docketed; (2) the parties
stipulate to dismiss the appeal and bear their own attorneys'
fees and costs, "except as otherwise agreed to in writing;"
(3) the stipulation is dated and signed by counsel for all
parties appearing in the appeal; and (4) dismissal is authorized
by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to
dismiss the appeal is approved, and the appeal is dismissed.  The

parties shall bear their own attorneys' fees and costs, except as otherwise agreed to in writing.

DATED:   Honolulu, Hawai'i, May 9, 2019.


Presiding Judge


Associate Judge


Associate Judge